United States District Court for the Eastern
District of Michigan

Stephanie Zdrowski, Guardian Ad Litem of C.R., a minor,

**Plaintiff,**

vs.                                        CASE NO. 13-cv-12995

Stacey Rieck, Nicole Adamson, Michael E. Sharrow and Algonac Community Schools

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Stephanie Zdrowski, Guardian Ad Litem of C.R., a minor, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from Order Granting Motion for Summary Judgment & Judgment entered in this action on the 11th day of August, 2015.
(the final judgment) (from an order (describing it))

(s) _[signature]_
Address: 2055 Orchard Lake Road
Sylvan Lake, MI 48320
(248) 731-3083

Attorney for Appellant

cc:  Opposing Counsel ✔
     Court of Appeals ✔

6CA-3
1/99